**SO ORDERED.**

**SIGNED this 23 day of February, 2007.**



*Dale L. Somers*
Dale L. Somers
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In Re:<br>RICHARD L. SMITH, Jr.,<br>BRENDA K. SMITH,<br>　　　　　DEBTORS . | CASE NO. 06-40819-12<br>CHAPTER 12 |
| GARDNER NATIONAL BANK,<br>　　　　　PLAINTIFF,<br><br>v.<br><br>RICHARD L. SMITH, Jr.,<br>BRENDA K. SMITH,<br>　　　　　DEFENDANTS. | ADV. NO. 06-7102 |

**JUDGMENT RESOLVING PROCEEDING**

On February 21, 2007, the Court signed a "Journal Entry of Default Judgment and Exception from Discharge" that the plaintiff had submitted. In accordance with Bankruptcy Rule 9021 and Civil Rule 58(a), the terms set out in that order are hereby adopted and entered as the judgment in this case.

# # #